GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, v. HARRY P. FURNESS and Others, as Executors, etc., of

JAMES N. BROWN, Deceased, Impleaded, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning. Kelby and Young, JJ., concur.